FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 0 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:12 cv 573 BRW |
| | ) | |
| LILLIAN R. CALENDER | ) | |

### CONSENT JUDGMENT

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Lillian R. Calender, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the United States in the amount of $14,424.50.

2. Execution of the Judgment shall be stayed on the condition that the defendant shall satisfy this Judgment by making monthly installment payments in the amount of at least $150.00, commencing with the first day of the next calendar month and continuing each and every month thereafter until the Judgment is satisfied in full. All check or money orders are to be made payable to U.S. District Court Clerk, 600 W. Capitol, Room A-149, Little Rock, Arkansas 72201.

3.  That the defendant shall submit to the United States for review on at least an annual basis a statement of his financial condition and that such information shall be grounds to increase the payments of the defendant to the plaintiff at that time.

4.  The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the United States deems appropriate.

5.  In the event the defendant defaults in the payment of any installment due under this order, upon application by the United States after notice to the defendant, an execution shall be issued by the Clerk for the full amount of the indebtedness certified to be due and outstanding.

6.  Notice to the defendant pursuant to Paragraph 5 above shall be deemed due and sufficient notice if sent by first class mail, postage prepaid to the defendant, Lillian R. Calender at least ten (10) days prior to the issuance of such execution.


CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

_George C. Vena_ _Jane W. Duke_      _1/26/11_
GEORGE C. VENA                         Date
Assistant U.S. Attorney


_Lillian R. Calender_                  _01/26/11_
LILLIAN R. CALENDER                    Date
DEFENDANT

APPROVED:

_____
UNITED STATES DISTRICT JUDGE

9-10-12
_____
Date